No. 1162, Misc.  GRIFFIN *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 1163, Misc.  STRICKLAND *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1165, Misc.  MONTGOMERY *v.* EYMAN, WARDEN.  Supreme Court of Arizona.  Certiorari denied.

No. 1166, Misc.  WATTERS *v.* MYERS, CORRECTIONAL SUPERINTENDENT.  Supreme Court of Pennsylvania.  Certiorari denied.  Petitioner *pro se*.  *Wilson Bucher* for respondent.

No. 1167, Misc.  WASHINGTON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Morris Lavine* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1169, Misc.  FLETCHER *v.* RAINES, WARDEN.  Oklahoma Criminal Court of Appeals.  Certiorari denied.

No. 1174, Misc.  GEORGE *v.* RANDOLPH, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 1175, Misc.  SPANNER *v.* WASHINGTON ET AL.  Supreme Court of Washington.  Certiorari denied.